# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. PIMENTEL, *et al.*, | |
| Plaintiff, | Case No. 2:10-CV-02125-KJD-LRL |
| v. | **ORDER** |
| COUNTRYWIDE HOME LOANS, INC., *et al*., | |
| Defendants. | |

Before the Court is Plaintiffs' Notice of Bankruptcy (#16). In this Notice, Plaintiffs ask the Court to treat the Notice as a response to Defendant Bank of America's Motion to Dismiss (#15) and to delay ruling on that Motion.

The automatic stay provision in 11 U.S.C. § 362 is inapplicable to suits commenced by the bankrupt party. See In re White, 186 B.R. 700, 704 (9th Cir. 1995). Plaintiffs initiated this suit against Defendants asserting causes of action for wrongful foreclosure and breach of fiduciary duties. Plaintiffs' bankruptcy does not prevent Defendants from defending against these claims. Plaintiffs are ordered to file a response to Defendant Bank of America's Motion to Dismiss by Friday, July 29, 2011. Failure to file a response will be viewed by the Court as consent to the granting of Defendant Bank of America's Motion to Dismiss pursuant to Local Rule 7-2(d).

Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiffs' request for a stay pursuant to 11 U.S.C. § 362 (#16) is **DENIED.**

DATED this 25th day of July 2011.

_____
**Kent J. Dawson**
**United States District Judge**