UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. PIMENTEL, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE HOME LOANS, INC., *et al*., <br><br> Defendants. | Case No. 2:10-CV-02125-KJD-CWH <br><br> **ORDER** |

Before the Court is the Motion to Dismiss (#15) filed by Defendant Bank of America, N.A. An opposition to this Motion was due July 24, 2011. On July 22, 2011 a Notice of Bankruptcy (#16) was filed with the Court. Plaintiffs also sought to have the proceedings stayed. The Court denied the request for stay in its July 26, 2011 Order (#18), and noted that the automatic stay provision in 11 U.S.C. § 362 is inapplicable to suits commenced by the bankrupt party. See In re White, 186 B.R. 700, 704 (9th Cir. 1995).

On July 25, 2011 Plaintiffs' attorney filed a Motion to Withdraw (#17) from the case. The Motion to Withdraw was granted on September 23, 2011 (#27). Plaintiffs have not obtained new counsel.

1     Local Rule 7-2 provides that failure to oppose a motion constitutes consent to the granting of
2 the motion. Plaintiffs are ordered to file any opposition to the Motion to Dismiss by January 19,
3 2012. If Plaintiffs do not file an opposition by January 19, 2012 the Court will dismiss this action.
4 **IT IS SO ORDERED**.
5     DATED this 5th day of January 2012.

                                                                   _____
                                                                    Kent J. Dawson
                                                                    United States District Judge