# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. PIMENTEL, *et al*., | |
| Plaintiffs, | Case No. 2:10-CV-02125-KJD-CWH |
| v. | **ORDER** |
| COUNTRYWIDE HOME LOANS, INC., *et al*., | |
| Defendants. | |

    Before the Court is the Motion to Dismiss (#15) filed by Defendant Bank of America, N.A. An opposition to this Motion was due July 24, 2011. On July 22, 2011 a Notice of Bankruptcy (#16) was filed with the Court. Plaintiffs also sought to have the proceedings stayed. The Court denied the request for stay in its July 26, 2011 Order (#18), and noted that the automatic stay provision in 11 U.S.C. § 362 is inapplicable to suits commenced by the bankrupt party. See In re White, 186 B.R. 700, 704 (9th Cir. 1995).

    On July 25, 2011 Plaintiffs' attorney filed a Motion to Withdraw (#17) from the case. The Motion to Withdraw was granted on September 23, 2011 (#27). Plaintiffs have not obtained new counsel.

Local Rule 7-2 provides that failure to oppose a motion constitutes consent to the granting of the motion. Plaintiffs are ordered to file any opposition to the Motion to Dismiss by January 19, 2012. If Plaintiffs do not file an opposition by January 19, 2012 the Court will dismiss this action.

**IT IS SO ORDERED**.

DATED this 5th day of January 2012.

_____
Kent J. Dawson
United States District Judge