Michelle L. Valier, Esq. (11877)
THE COOPER CASTLE LAW FIRM, LLP
5275 South Durango Drive
Las Vegas, Nevada 89113
(702) 435-4175 Telephone
(702) 877-7424 Facsimile
E-Mail: mvalier@ccfirm.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. PIMENTEL; JOHN G. PIMENTEL; TINA PIMENTEL,<br><br>  Plaintiffs,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC. et al.,<br><br>  Defendants. | CASE NO.: 2:10-cv-02125-KJD-LRL<br><br>(Formerly Case No. A-10-628307-C in the Eighth Judicial District Court, Clark County, Nevada)<br><br>**ORDER** |

WHEREAS Defendants Bank of America, N.A. having filed their Motion to Expunge *Lis Pendens*, and the Court having dismissed the action,

IT IS HEREBY ORDERED that the *lis pendens* recorded on November 10, 2010 against APN#177-27-313-045, commonly known as 567 Dairy Creek Avenue, Henderson, NV 89183 as instrument #201011010004999 is and shall be CANCELLED and EXPUNGED.

Dated this  9th  day of March, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

*Respectfully Submitted:*

THE COOPER CASTLE LAW FIRM, LLP
   */s/ Michelle L. Valier, Esq.*
Michelle L. Valier Esq. (11877)
5275 South Durango Dr.
Las Vegas, Nevada 89113
*Attorneys for Defendants*

- 1 -

B874